IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TERAE STEFUN FREEMAN, #290080, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CASE NO. 1:16-CV-55-WKW [WO] |
| CARTER DAVENPORT and LUTHER STRANGE, | ) ) ) | |
| Respondents. | ) | |

## ORDER

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 10.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (Doc. # 10) is ADOPTED;

2.    The petition for habeas corpus relief filed by Petitioner Terae Stefun Freeman is DENIED and DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 27th day of March, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE